IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **MIRARCHI BROTHERS, INC.**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 21-4399-KSM |

## ORDER

**AND NOW** this 8th day of December, 2021, upon consideration of Defendant Mirarchi Brothers, Inc.'s Motion to Vacate Default Judgment Pursuant to Federal Rules of Civil Procedure 55(c) (Doc. No. 8) and Plaintiffs' Memorandum in Opposition to Defendant Mirarchi Brother Inc.'s Motion to Vacate Default and for Permission to Answer Complaint (Doc. No. 11), and following a hearing on the motion on November 30, 2021, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.