IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **MIRARCHI BROTHERS, INC.,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 21-4399-KSM** |

## ORDER

**AND NOW** this 24th day of January, 2022, upon consideration of Plaintiffs' Motion for Default Judgment (Doc. No. 4) and Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. No. 6), and the Clerk of Court having previously entered default against Defendant Mirarchi Brothers, Inc. for failure to appear, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Default Judgment (Doc. No. 4) and Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. No. 6) are **GRANTED** and **FINAL JUDGMENT** in the amount of **Five Hundred Fifty-Two Thousand Six Hundred Twenty Dollars and Eighty-Nine Cents ($552,620.89)** shall be entered against Defendant in favor of Plaintiff Trustees of the National Electrical Benefit Fund, subject to continued interest at 10 percent per annum, **FINAL JUDGMENT** in the amount of **One Million Four Hundred Seventy-Three Thousand Twenty-Four Dollars and Fifty-Seven Cents ($1,473,024.57)** shall be entered against Defendant in favor of Plaintiff Trustees of the National Electrical Annuity Plan, subject to continued interest at 10 percent per annum, and costs and attorneys' fees in the amount of **Eight Thousand Three Hundred Eight Dollars and Seventy-Five Cents ($8,308.75)**, subject to continued interest at 10 percent per annum, shall be entered against Defendant in favor of

2

Plaintiffs Trustees of the National Electrical Benefit Fund and Trustees of the National Electrical Annuity Plan.

    2.    The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

                                                       */s/ Karen Spencer Marston*
                                                       _____
                                                       KAREN SPENCER MARSTON, J.