# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **MIRARCHI BROTHERS, INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 21-4399-KSM** |

## ORDER

**AND NOW** this 6th day of April, 2022, upon consideration of Plaintiffs' Motion for Supplementary Relief in Aid of Execution of Judgment (Doc. No. 19), it is hereby **ORDERED** as follows:

1. Defendant is enjoined from transferring, assigning, conveying, encumbering, or otherwise disposing of any real, personal, or intangible property including funds, bank accounts, construction material, resources or tools, vehicles, and heavy equipment.

2. Defendant is enjoined from transferring, assigning, conveying, encumbering, or otherwise disposing of any security, document of title, instrument, or property outside of the ordinary course of business until further order of this Court.

3. This injunction shall be binding on Defendant and upon those persons or entities in active concert or participation with him who receive actual notice of this Order.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.